**Order entered October 26, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00443-CV

## COURTNEY RENEE SILVA, Appellant

## V.

## MILAGROZ DIAZ (NOW MIMI WEBB), Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-05855-D**

## ORDER

Before the Court is appellant's October 22, 2020 motion for extension of time to file her opening brief. Appellant explains the extension is necessary due to technical issues.

We **GRANT** the motion and **ORDER** the brief be filed no later than October 30, 2020.

/s/    BILL WHITEHILL
        JUSTICE